MORGAN, LEWIS & BOCKIUS LLP
Deanne L. Miller, Bar No. 185113
Brianna R. Howard, Bar No. 314642
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2536
Facsimile: (213) 612-2501
deanne.miller@morganlewis.com
brianna.howard@morganlewis.com

*Attorneys for Defendants*
MERCK & CO., INC. and MERCK
SHARP & DOHME LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ATJIAN, II,<br><br>       Plaintiff,<br><br>   v.<br><br>MERCK & CO., INC., and MERCK SHARP & DOHME CORP.,<br><br>       Defendants. | Case No. 2:22-cv-01739<br><br>Hon. André Birotte Jr.<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MERCK & CO., INC., AND MERCK SHARP & DOHME LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authority, Declaration of Deanne L. Miller, and Proposed Order]<br><br>Hearing Date: August 19, 2022<br>Time:             10:00 a.m.<br>Courtroom:   7B<br><br>Action Filed: March 16, 2022<br>Trial Date:    None Set |

Defendants Merck & Co., Inc., and Merck Sharp & Dohme LLC (collectively, "Merck") will, and hereby do, request this Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents attached as exhibits to the concurrently filed Declaration of Deanne L. Miller, which were previously submitted with Merck's Motion to Dismiss Plaintiff Eduardo Atjian's ("Plaintiff") Complaint.

Courts are authorized to take judicial notice of a fact that "is not subject to reasonable dispute" because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. Evid. R. 201(b). Taking judicial notice of these matters is compulsory if the requesting party: (1) requests that judicial notice be taken by the court; and (2) furnishes the court with sufficient information to enable it to take judicial notice of the matter. *Id.* at 201(c).

### A. The Court May Take Judicial Notice of Agency-Created Documents (Exhibits E-U, W)

The Court may take judicial notice of documents which are "capable of accurate and ready determination by resort to source whose accuracy cannot reasonably be questioned," such as United States federal agency and European agency documents. *See* Fed. R. Evid. 201(b)(2). The Court may take judicial notice of the U.S. Food & Drug Administration ("FDA"), Centers for Disease Control ("CDC"), National Institutes of Health ("NIH"), World Health Organization ("WHO"), European Medicine Agency ("EMA"), and Department of Health and Human Services ("HHS") publications because such government documents are "not subject to reasonable dispute." *E.g.*, *United States v. 14.02 Acres of Land More or Less in Fresno Cty.*, 547 F.3d 943, 955 (9th Cir. 2008) (granting judicial notice of Department of Energy study report as background material); *Mack v. S. Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986), *overruled on other grounds by Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991) (court may take

judicial notice of records and reports of state administrative bodies); *U.S. ex rel. Modglin v. DJO Glob. Inc.*, 48 F. Supp. 3d 1362, 1381 (C.D. Cal. 2014), *aff'd sub nom.*, 678 F. App'x 594 (9th Cir. 2017) ("the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies.").

Directly on point is *Forbes v. Cty. of San Diego*, No. 20-CV-00998-BAS-JLB, 2021 WL 843175, at *4 (S.D. Cal. Mar. 4, 2021), where the court took judicial notice of a CDC Press Release recommending use of face masks, because the fact that the CDC recommended face masks was not subject to reasonable dispute. (citing *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 762 n.5 (9th Cir. 2018) (taking judicial notice of government documents and press releases); *see also Am. Video Duplicating, Inc. v. City Nat'l Bank*, No. 20-cv-04036-JFW-JPR, 2020 WL 6882735, at *2 (C.D. Cal. Nov. 20, 2020) (granting judicial notice to "various documents that are publicly available on official government websites"); *Allergan USA, Inc. v. Prescribers Choice, Inc.*, 364 F. Supp. 3d 1089, 1095 (C.D. Cal. 2019) (taking judicial notice of information and guidance found on the FDA's website); *Sprint Sols., Inc. v. Cell Wholesale, Inc.*, No. CV-15878-JLS-JCGx, 2016 WL 875384, at *3 n.3 (C.D. Cal. Mar. 7, 2016) ("courts 'regularly' take judicial notice of reports and documents administered by or publicly filed by an administrative agency").

Accordingly, each of the publications and releases from the FDA, CDC, NIH, WHO, EMA, and HHS are subject to judicial notice because neither the source of information nor the information contained within each document is subject to reasonable dispute.

  **B.** **Gardasil Patient Information and Prescribing Information Is Subject to Judicial Notice and Is Incorporated by Reference (Exhibits D, V)**

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CASE NO. 8:22-CV-00431-FWS-JDE
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO DISMISS

The April 2015 and January 2017 Gardasil Patient Information and Prescribing Information documents are subject to judicial notice. Fed. R. Civ. P. 201(c). The Court may take notice of the April 2015 and January 2017 Gardasil Patient Information and Prescribing Information documents because they are referred to numerous times in the Complaint, and Plaintiff's "claim[s] necessarily depend[] on" the Gardasil Patient Information and Prescribing Information. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018) (citing with approval case in which court "incorporat[ed] employee health plan where the claims were premised upon plaintiff's coverage under the plan"); *see also Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010) ("We have extended the doctrine . . . to consider documents in situations where the complaint necessarily relies upon a document or the contents of the document are alleged in the complaint, the document's authenticity is not in question and there are no disputed issues as to the document's relevance."); *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (same).

Nearly all of Plaintiff's claims are dependent upon the April 2015 and January 2017 Gardasil Patient Information and Prescribing Information, including Gardasil and Gardasil 9's listed ingredients, warnings of possible adverse side effects, and the studies referenced therein. *See, e.g.*, Compl. ¶¶ 1, 138-39, 241, 248, 373, 388, 391-400. Accordingly, the Court may take judicial notice of the April 2015 and January 2017 Gardasil Patient Information and Prescribing Information documents because the warnings, ingredients, and studies referenced on these labels are not subject to reasonable dispute, and they are incorporated by reference throughout Plaintiff's Complaint.

### C. The Medical Definitions of Plaintiff's Alleged Injuries Are Not Subject to Reasonable Dispute (Exhibits A-C)

Finally, the Cleveland Clinic, American Academy of Pediatrics, and Journal of the American Medical Association webpages that describe CFS and Irlen

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

CASE NO. 8:22-CV-00431-FWS-JDE
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO DISMISS

Syndrome are incorporated by reference as two conditions that Plaintiff alleges in his Complaint and contain information not subject to reasonable dispute. *See Est. of Fuller v. Maxfield & Oberton Holdings, LLC*, 906 F. Supp. 2d 997, 1004 (N.D. Cal. 2012) (finding scientific article discussing naming of molecule was not subject to reasonable dispute); *Nguyen v. Endologix, Inc.*, No. 17-00017-AB (PLAx), 2018 WL 10321880, at *1 n.1 (C.D. Cal. Sept. 6, 2018), *aff'd*, 962 F.3d 405 (9th Cir. 2020) (taking judicial notice of scientific articles); *In re Thoratec Corp. Sec. Litig.*, No. C-04-03168 RMW, 2006 WL 1305226, at *4 (N.D. Cal. May 11, 2006) (taking judicial notice of New England Journal of Medicine articles for date published and to extent plaintiff relied upon the study discussed therein in the complaint); *Green v. CDCR*, No. 214CV2854TLNACP, 2016 WL 6124148, at *1 n.1 (E.D. Cal. Oct. 19, 2016) (taking judicial notice of definition of medical condition provided on Mayo Clinic's website); *Bemer v. Corr. Med. Servs. Inc.*, No. CIV.A. 10-12228, 2012 WL 525564, at *7 (E.D. Mich. Jan. 27, 2012), *R & R adopted*, No. 10-CV-12228, 2012 WL 511599 (E.D. Mich. Feb. 16, 2012) (taking judicial notice of information on the Cleveland Clinic's website as "well-known medical facts").

The Cleveland Clinic, the American Academy of Pediatrics, and the Journal of the American Medical Association are each preeminent medical institutions. These institutions are sources that cannot be reasonably questioned regarding the descriptions of CFS and Irlen Syndrome. Further, the facts contained in each of these sources are not subject to reasonable dispute.

Judicial notice of these matters is compulsory because Merck has requested that judicial notice be taken and has furnished the Court with sufficient information to enable it to take judicial notice of the matters.

Pursuant to the forgoing, Merck hereby respectfully requests that the Court take judicial notice of the following exhibits attached to the Declaration of Deanne L. Miller and incorporated by reference herein:

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

CASE NO. 8:22-CV-00431-FWS-JDE
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO DISMISS

- **Exhibit A** is a true and correct copy of a printout of the Cleveland Clinic, Myalgic Encephalomyelitis/Chronic Fatigue Syndrome ("ME/CFS") (June 21, 2018), https://my.clevelandclinic.org/health/diseases/17720-myalgic-encephalomyelitischronic-fatigue-syndrome-mecfs.
- **Exhibit B** is a true and correct copy of a printout of the American Academy of Pediatrics, Irlen Colored Overlays Do not Alleviate Reading Difficulties (October 1, 2011), https://publications.aap.org/pediatrics/article-abstract/128/4/e932/30786/Irlen-Colored-Overlays-Do-not-Alleviate-Reading.
- **Exhibit C** is a true and correct copy of a printout of Eugene M. Helveston, *Scotopic Sensitivity Syndrome*, 108(9) Archives of Ophthalmology 1232 (1990), https://jamanetwork.com/journals/jamaophthalmology/article-abstract/638651.
- **Exhibit D** is a true and correct copy of the April 2015 Prescribing Information for Gardasil.
- **Exhibit E** is a true and correct copy of a printout of the National Institutes of Health ("NIH"), National Cancer Institute, Human Papillomavirus (HPV) Vaccines (May 25, 2021), https://www.cancer.gov/about-cancer/causes-prevention/risk/infectious-agents/hpv-vaccine-fact-sheet.
- **Exhibit F** is a true and correct copy of a Letter from Wellington Sun, M.D., Director, Division of Vaccines and Related Products Applications, Office of Vaccine Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Sept. 12, 2008), http://wayback.archive-it.org/7993/20170722145334/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm111270.htm.
- **Exhibit G** is a true and correct copy of a Letter from Wellington Sun, M.D., Director, Division of Vaccines and Related Products Applications, Office of

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

CASE NO. 8:22-CV-00431-FWS-JDE
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO DISMISS

Vaccine Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Oct. 16, 2009), http://wayback.archive-it.org/7993/20170722145332/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm186991.htm.

- **Exhibit H** is a true and correct copy of a Letter from Wellington Sun, M.D., Director, Division of Vaccines and Related Products Applications, Office of Vaccine Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Dec. 22, 2010), http://wayback.archive-it.org/7993/20170722145329/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm238074.htm.

- **Exhibit I** is a true and correct copy of a Letter from Marion F. Gruber, Ph.D., Director, Office of Vaccine Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Dec. 10, 2014).

- **Exhibit J** is a true and correct copy of a Letter from Wellington Sun, M.D., Director, Division of Vaccines and Related Products Applications, Office of Vaccine Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Dec. 14, 2015).

- **Exhibit K** is a true and correct copy of a Letter from Doran Fink, M.D., Ph.D., Deputy Director (Clinical), Division of Vaccines and Related Products Applications, Office of Vaccine Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (Oct. 5, 2018).

- **Exhibit L** is a true and correct copy of a Letter from Doran Fink, M.D., Ph.D., Deputy Director (Clinical), Division of Vaccines and Related Products Applications, Office of Vaccine Research and Review, Center for Biologics Evaluation and Research, Gardasil Approval Letter (June 12, 2020).

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles

7

CASE NO. 8:22-CV-00431-FWS-JDE
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO DISMISS

- **Exhibit M** is a true and correct copy of a printout of the Centers for Disease Control, When to Get HPV Vaccine (July 23, 2021), https://www.cdc.gov/hpv/parents/vaccine-for-hpv.html.
- **Exhibit N** is a true and correct copy of a printout of the Centers for Disease Control, HPV Vaccination is Safe and Effective (July 23, 2021), https://www.cdc.gov/hpv/parents/vaccinesafety.html.
- **Exhibit O** is a true and correct copy of a printout of the Centers for Disease Control, Questions about HPV Vaccine Safety (July 15, 2020), https://www.cdc.gov/vaccinesafety/vaccines/hpv/hpv-safety-faqs.html.
- **Exhibit P** is a true and correct copy of a printout of the U.S. Food & Drug Administration, Gardasil Vaccine Safety (Aug. 20, 2009), https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/gardasil-vaccine-safety.
- **Exhibit Q** is a true and correct copy of a printout of the Centers for Disease Control, HPV Vaccine Safety and Effectiveness Data (Nov. 1, 2021), https://www.cdc.gov/hpv/hcp/vaccine-safety-data.html.
- **Exhibit R** is a true and correct copy of a printout of the World Health Organization, Safety of HPV vaccines (July 14, 2017), https://www.who.int/groups/global-advisory-committee-on-vaccine-safety/topics/human-papillomavirus-vaccines/safety.
- **Exhibit S** is a true and correct copy of a printout of the World Health Organization, Global strategy to accelerate the elimination of cervical cancer as a public health problem (Nov. 17, 2020), https://www.who.int/publications/i/item/9789240014107.
- **Exhibit T** is a true and correct copy of a printout of the European Medicines Agency, Review concludes evidence does not support that HPV vaccines cause CRPS or POTS (May 11, 2015),

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles

8

CASE NO. 8:22-CV-00431-FWS-JDE
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO DISMISS

https://www.ema.europa.eu/en/news/review-concludes-evidence-does-not-support-hpv-vaccines-cause-crps-pots.

- **Exhibit U** is a true and correct copy of a printout of the U.S. Food & Drug Administration, FDA Information on Gardasil – Presence of DNA Fragments Expected, No Safety Risk (Oct. 21, 2011), https://www.fda.gov/vaccines-blood-biologics/vaccines/fda-information-gardasil-presence-dna-fragments-expected-no-safety-risk.
- **Exhibit V** is a true and correct copy of the January 2017 Prescribing Information for Gardasil 9.
- **Exhibit W** is a true and correct copy of HealthCare.gov, Preventive Care Benefits for Adults, https://www.healthcare.gov/preventive-care-adults/ (last visited June 29, 2022).

Merck respectfully requests that this Court take judicial notice of **Exhibits A-W** attached to the Declaration of Deanne L. Miller for the reasons discussed above.

Dated: July 6, 2022             **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Deanne L. Miller*
Deanne Miller
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2536
deanne.miller@morganlewis.com

*Attorney for Defendants*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

9

CASE NO. 8:22-CV-00431-FWS-JDE
REQUEST FOR JUDICIAL NOTICE ISO
MOTION TO DISMISS